UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-20411-CIV-SEITZ/O'SULLIVAN

PELAYO M. DURAN,                :

    Plaintiff,              :

-vs-                            :

GREENPOINT MORTGAGE             :
FUNDING, INC.,
                                :

    Defendants,             :
_____/

## SATISFACTION OF JUDGMENT

Defendant, Cynthia "Cyndi" Sierra, the owner and holder of that certain final judgment rendered in the above-captioned civil action, dated December 23, 2009, and recorded in Miami-Dade County, Official Records Book 27233 beginning at Page 4460, does hereby acknowledge that all sums due under it have been fully paid and that final judgment is hereby satisfied and is canceled and satisfied of record.

*(Certificate of Service on the following page)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of October 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro-se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Respectfully,

MILLER, KAGAN, RODRIGUEZ, & SILVER PL
Attorneys For Former Defendant, Cyndi Sierra
201 Alhambra Circle
Suite 802
Coral Gables, FL 33134
Tel.   (305) 446-5228
Fax   (305) 446-7110

By: */s/ Sergio R. Casiano, Jr.*
     Sergio R. Casiano, Jr.
     Fla. Bar No.: 457302
     Email: sergioc@mkrs.com

**SERVICE LIST**
CASE NO.: 09-20411-CIV-SEITZ/O'SULLIVAN

<u>Service Via CM / ECF</u>:

| | | |
|---|---|---|
| William Patrick Heller, Esq.<br>Akerman Senterfitt & Eidson<br>Las Olas Centre<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>954-463-2700<br>463-2224 (fax)<br>william.heller@akerman.com | representing | Greenpoint Mortgage Funding, Inc.<br>*(Defendant)* |
| Adis Lissette Riveron, Esq.<br>Duran & Associates<br>4640 NW 7th Street<br>Miami, FL 33126<br>305-266-9780<br>269-8311 (fax)<br>ariveron2000@aol.com | representing | Pelayo M. Duran<br>*(Plaintiff)* |
| Jeffrey Alan Trinz, Esq.<br>Akerman Senterfitt<br>Suntrust International Center<br>1 SE 3rd Avenue<br>28th Floor<br>Miami, FL 33131-1714<br>305-374-5600<br>374-5095 (fax)<br>jeffrey.trinz@akerman.com | representing | Greenpoint Mortgage Funding, Inc.<br>*(Defendant)*<br><br>Countrywide Home Loans Servicing, LP<br>*(Defendant)* |

Michael Keith Winston, Esq.
Carlton Fields, P.A.
Post Office Box 150
West Palm Beach, FL 33402-0150

| | | |
|---|---|---|
| 561-659-7070<br>659-7368 (fax)<br>mwinston@carltonfields.com | representing | Wells Fargo Bank, N.A.<br>*(Defendant)* |
| Gary A. Costales, Esq.<br>1200 Brickell Avenue<br>Suite 1230<br>Miami, FL 33131<br>305-375-9510<br>305-375-9511(fax)<br>costalesgary@hotmail.com | representing | Pelayo M. Duran<br>(Plaintiff) |

<u>Service via U.S. Mail</u>:

None.